# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [X] COMPLAINT   [ ] INFORMATION   [ ] INDICTMENT   [ ] SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

## OFFENSE CHARGED

18 U.S.C. § 1030(a)(5)(A)
18 U.S.C. § (b)(4)(B)(i)

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

PENALTY:
Imprisonment: 10 years
Fine: $250,000
Supervised Release: 3 years
Special Assessment: $100

**DEFENDANT - U.S**
▶ ZAID QUAISAR,

**DISTRICT COURT NUMBER**
4:25-mj-71401 MAG

**FILED**
Nov 20 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. ATTORNEY   [ ] DEFENSE

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: Craig H. Missakian
[X] U.S. Attorney   [ ] Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Evan Mateer

## DEFENDANT

**IS NOT IN CUSTODY**
1) [X] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) [ ] Is a Fugitive

3) [ ] Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) [ ] On this charge
5) [ ] On another conviction   [ ] Federal [X] State
6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? [ ] Yes [ ] No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

[ ] This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
[ ] SUMMONS   [X] NO PROCESS*   [X] WARRANT   Bail Amount: No Bail

If Summons, complete following:
[ ] Arraignment   [ ] Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ZAID QUAISAR, | ) | Case No. 4:25-mj-71401 MAG |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**
Nov 20 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of October 10, 2024 in the county of Contra Costa in the Northern District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1030(a)(5)(A) - | Intentional Damage to a Protected Computer. |

This criminal complaint is based on these facts:

See affidavit of Special Agent Glen Hotema, FBI

☑ Continued on the attached sheet.

Approved as to form /s/ Evan Mateer
AUSA EVAN MATEER

/s/ Glenn Hotema
*Complainant's signature*

Glenn Hotema, Special Agent, FBI
*Printed name and title*

Sworn to before me by telephone.

Date: November 19, 2025

*Judge's signature*

City and state: Oakland, CA

Hon. Kandis A. Westmore, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT AND CRIMINAL COMPLAINT

I, Glenn Hotema, being duly sworn, state:

## INTRODUCTION

1. I make this affidavit in support of an application under Rule 4 of the Federal Rules of Criminal Procedure for an arrest warrant and criminal complaint charging Zaid QUAISAR with having knowingly caused the transmission of a program, information, code, or command that intentionally caused damage, without authorization, to a protected computer, resulting in loss to one or more persons during a one-year period aggregating at least $5,000 in value, in violation of Title 18, United States Code §§ 1030(a)(5)(A) and (b)(4)(B)(i), on October 10, 2024, in the Northern District of California and elsewhere.

## SOURCES OF INFORMATION

2. The facts in this affidavit come from my personal observations, my training and experience, information from records and databases, and information obtained from other agents and witnesses. Where statements made by other individuals (including other Special Agents and law enforcement officers) are referenced in this Affidavit, such statements are described in sum and substance and in relevant part. Similarly, where information contained in reports and other documents or records is referenced in this Affidavit, such information is also described in sum and substance and in relevant part.

3. Because this Affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint and arrest warrant, I have not included each and every fact known to me about this case. Rather, I have set forth only the facts that I believe are necessary to support probable cause for a criminal complaint and arrest warrant. My understanding of the facts and circumstances of the case may evolve as the investigation continues.

**AFFIANT BACKGROUND**

4. I am a Special Agent with the Federal Bureau of Investigation (FBI) currently assigned to the FBI's San Francisco Field Office, San Jose Resident Agency, Cybercrime Squad, focusing on cyber-intrusion and ransomware/malware crimes. I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510; that is, an officer of the United States of America who is empowered to investigate and make arrests for offenses alleged in this affidavit.

5. I have been a Special Agent with the FBI since 2001. I successfully completed a sixteen-week FBI Training Academy at Quantico, Virginia. This training included, but was not limited to, interviewing and interrogation techniques, arrest procedures, search and seizure protocols, search warrant applications, conducting physical surveillance, consensual monitoring, and analyzing telephone pen register and trap and trace data. In addition to basic law enforcement training, I have also received training in, and had discussions with, other law enforcement personnel more knowledgeable in the following fields: Criminal use of emails, social media, telephonic communications, cyber-intrusions, ransomware and malware crimes, and unauthorized access to private networks.

**APPLICABLE LAW**

6. Title 18, United States Code, section 1030(a)(5)(A) provides that it is unlawful to "knowingly cause[] the transmission of a program, information, code, or command, and as a result of such conduct, intentionally causes damage without authorization, to a protected computer."

7. Title 18, United States Code, section 1030(e)(2) defines a "protected computer" as, among other things, "a computer . . . (B) which is used in or affecting interstate or foreign commerce or communication, including a computer located outside the United States that is used in a manner that affects interstate or foreign commerce or communication of the United States."

8. Title 18, United States Code, section 1030(b)(4)(B)(i) provides that the maximum penalties for a violation of section 1030(a)(5)(A) are not more than 10 years imprisonment if the

2

offense caused or an attempt to commit the offense would have caused "loss to 1 or more persons during any 1-year period (and, for purposes of an investigation, prosecution, or other proceeding brought by the United States only, loss resulting from a related course of conduct affecting 1 or more other protected computers) aggregating at least $5,000 in value."  18 U.S.C. § 1030(b)(4)(B)(i), incorporating by reference § 1030(b)(4)(A)(i)(I).

### FACTS SUPPORTING PROBABLY CAUSE

*10/10/2024 Unauthorized Intrusion Into 1Kosmos System (Attack #1)*

9. 1Kosmos is a blockchain-based identity verification and authentication platform that focuses on passwordless authentication and multi-factor authentication. It aims to secure online services by providing a digital identity wallet that allows users to control their personal data and verify their identity securely. As such, their operating systems and infrastructure are stored in the cloud.

10. On October 10, 2024, at approximately 10:20 UTC, there was an unauthorized intrusion into 1Kosmos's computer systems impacting the company's ability to provide customer services, to include the inability for customers to log in and access their systems. As part of the intrusion, an unauthorized user accessed 1Kosmos's computer systems and deleted critical infrastructure components for 1Kosmos's platform.  As a direct result of the deletion, the intrusion shut down services to the 1Kosmos'I customers in India for two and a half hours, followed by customers in the United States for two and a half hours.  In total, 1Kosmos' systems were impacted for approximately 5 hours total.  These outages resulted in financial losses to their customers and damage to the company's reputation. Additionally, the company was required to reallocate employees to address and repair the issues to regain system functions.  The company estimates that this attack cost them $109,400 in labor.  This does not include any losses incurred by their customers.

11. I reviewed logs provided by 1Kosmos for the system activity beginning October 10, 2024, from 10:20:17 UTC through 10:41:31 UTC.  The logs showed that a user using IP address 34.70.244.243 (hereinafter "**Attacking IP #1**") accessed 1Kosmos' environment, deleted

3

the infrastructure that was intended to notify 1Kosmos of service disruptions, and then deleted critical infrastructure components for 1Kosmos' platform. Further review of the logs also indicates the following notation was used to delete data: "type.googleapis.com/compute.instances.delete.[1]" The "compute.instances.delete" operation is a method in Google Cloud's Compute Engine API[2] that allows the writer to delete a specific virtual machine (VM) instance. .

12. 1Kosmos reviewed their logs and determined that **Attacking IP #1** was previously used to access their system 40 times, between 7/31/2024 and 9/30/2024, by a computer owned and operated by former 1Kosmos employee Zaid QUIAISAR (hereinafter QUAISAR). 1Kosmos advised that the account used to access 1Kosmos's systems and to delete the components noted above was a non-production recovery service account that existed while QUAISAR was still an employee. Further, 1Kosmos stated that QUAISAR would have been familiar with and have had access to this account due to his job responsibilities while employed by 1Kosmos. 1Kosmos had not changed the password or access controls to this service account since QUAISAR's departure from 1Kosmos on September 30, 2024.

13. I learned from 1Kosmos that QUAISAR worked as a Principal Site Reliability Engineering (SRE) and Devops,[3] beginning on or around January 17, 2022, and was responsible for ensuring reliability and stability of production environments as well as automation of the software delivery system. On or around September 30, 2024, 1Kosmos terminated QUAISAR's employment with the company. In part, 1Kosmos suspected that QUAISAR was working full time at another firm in addition to his employment with 1Kosmos. As part of the termination, QUAISAR was informed that he was no longer permitted to access 1Kosmos systems, per the

---

[1] Within the Google Cloud ecosystem, "Instance" is synonymous to "Virtual Machine."

[2] An API, or application programming interface, is a set of rules or protocols that enables software applications to communicate with each other to exchange data, features and functionality.

[3] I understand from training and experience that DevOps stands for Development Operations, and usually refers to a role that combines software development and IT operations.

4

Separation Agreement under Return of Company Property. Additionally, in the Separation Agreement, QUAISAR agreed to the Non-Disparagement portion stating that he would not "do anything that portrays the Company, its products, or personnel in a negative light or that might injure the company's business or affairs."

14. The FBI obtained subscriber records for **Attacking IP #1**, which resolved to a Google Cloud Platform customer, Company 1. Specifically, during the time of the intrusion, **Attacking IP #1** was used by Company 1, with registered contact information that used Company 1's email address domain and included an email address beginning with "devops" and "zquaisar."

15. As of October 29, 2024, QUAISAR's LinkedIn account reported his employment as a Senior Staff Cloud DevOps Engineer at Company 1 (January 2023 – present). A subsequent interview of QUAISAR and Company 1 representatives on August 20, 2025, confirmed QUAISAR was an employee of Company 1.

16. According to Yahoo, Inc. subscriber records, the Yahoo account quaiser_zaidi@yahoo.com (the email address QUAISAR provided to 1Kosmos as an employee and later confirmed by QUAISAR during his interview on 8/20/25) was accessed from **Attacking IP #1** numerous times beginning in February 2024, to include the day of the attack, October 10, 2024, against 1Kosmos. The recovery email addresses for this Yahoo Account include quaiser.zaidi@gmail.com and quaiser_zaidi@hotmail.com. During the August 20, 2025 interview of QUAISAR, he informed the interviewers quaiser.zaidi@gmail.com is another one of his email addresses. Subscriber records for quaiser_zaidi@yahoo.com showed that this Yahoo account was accessed from IP address 67.164.57.64.

17. According to Comcast records, IP address 67.164.57.64 was registered to customer Zaid Quaisar with a registered address in Danville, CA from 08/31/2024 through 11/10/2024. Based on the records noted above, I believe QUAISAR often accessed his personal email (quaiser_zaidi@yahoo.com) from both his home (using IP address 67.164.57.64), and with the IP address associated with Company 1's infrastructure (**Attacking IP #1**). Also, based on

5

the QUAISAR interview on August 20, 2025, and his employment history with 1Kosmos and Company 1, I believe QUAISAR was concurrently employed by 1Kosmos and Company 1.

### *1/31/2025 Unauthorized Intrusion Into 1Kosmos System (Attack #2)*

18. 1Kosmos reported a second attack on its computer systems on January 31, 2025. The attack vector and patterns were the same as Attack #1 (on 10/10/2024). Production virtual machines (VMs) were systematically deleted and the service account "mimicked" back-end services with direct API calls to delete the VMs. The rate of the commands issued indicates that these actions were automated.

19. The vast majority of the delete commands for Attack #2 (on 1/31/2025) were executed from IP address 2607:fb90:8e17:de31:b937:e87d:f604:c9ad (hereinafter "**Attacking IP #2**"), while 2 delete commands were executed from IP address 172.59.131.54 (hereinafter "**Attacking IP #3**").

20. Both **Attacking IP #2** and **Attacking IP #3** resolve to T-Mobile USA.

21. T-Mobile provided the following subscriber information for **Attacking IP #2** on 1/31/2025 from 9:30 AM to 11:20 PM:

   a. Subscriber Status: Active

   b. Activation Date: 12/14/2024

   c. MSISDN No (Phone Number): 9257255036

   d. MSISDN Status: Active

   e. MSISDN Market: SFC

   f. Bill Name: Nonamegiven Sagarsant

   g. Bill Birth Date: XX/XX/1985[4]

   h. Bill SSN: XXXXX5312

   i. Contact: XXXXXX2659

22. While subscriber records indicate that the billing information was associated with

---

[4] The subscriber records included a full birth date, social security number, and contact number, which are redacted here.

"Nonamegiven Sagarsant," QUAISAR confirmed that he utilized the phone number 925-725-5036 during his interview on August 20, 2025. Additionally, QUASIAR's bank records are associated with the phone number 925-725-5036. Lastly, Snapchat records associated with the phone number 925-725-5036 are associated with the username "zaidquaisar" and display name "Zaid Quaisar." Based on the records noted above, I believe that **Attacking IP #2**, and phone number 925-725-5036, was being utilized by QUAISAR.

23.  On August 20, 2025, the FBI searched QUAISAR's residence in Danville, CA pursuant to a federal search warrant and seized multiple electronic devices, to include QUAISAR's personnel cellphone described as a Galaxy S24 Ultra, assigned telephone number 925-725-5036.

24.  QUAISAR's cellphone included the following information that I believe is related to the two intrusions into 1Kosmos's systems described above:

   a. On September 1, 2024, QUAISAR searched and book-marked a YouTube video titled "Bash Script: Parsing Command-Line Options with GetOpts." This is a video on how to use a getopts[5] tool for parsing command line options to execute a bash script[6]. Bash scripting, combined with utilities such as getopts, can be used to automate tasks, streamline operations, and execute attacks efficiently.

   b. On October 8, 2024, two days prior to the attack, QUAISAR accessed the YouTube video ("Bash Script: Parsing Command-Line Options with GetOpts") he previously searched and book-marked on September 1, 2024.

   c. Also on October 8, 2024, QUAISAR, using the Chrome web browser, QUAISAR

---

[5] The getopts utility is a powerful tool used to parse command-line arguments. Its primary function is to facilitate the interpretation and manipulation of options and their arguments passed to shell scripts. This helps scripts developers handle user-provided parameters more efficiently and allows for a more flexible and user-friendly command-line interface.

[6] A bash script is a file containing a series of commands that are executed by a bash shell. A bash shell is a command-line interpreter designed to provide an interface for users to interact with the operating system by executing commands, managing files, and automating tasks. Bash scripting is a powerful tool for automating repetitive tasks, managing system resources, and performing various routine operations.

        searched GitHub[7] for "semgrep[8] static analysis tool." Based on my own research, as well as conversations with other law enforcement personnel, I know that if cybercriminals have access to a codebase (e.g., through a data breach or access point), they can use Semgrep to identify exploitable vulnerabilities within a system.

        d. On October 14, 2024, four (4) days after the first attack, QUAISAR, using the Chrome web browser, accessed "ipWhoisLookupQuery[9]" to query **Attacking IP #1** (10/10/2024 attacking IP address). I recently queried **Attacking IP #1** using the WhoIs.com website and confirmed that WhoIs.com identifies this IP address as assigned to Google LLC. Based on my training and experience, and knowledge of this investigation, I believe QUAISAR knew 1Kosmos security personnel would be able to determine the source of the attacking IP (**Attacking IP #1**), therefore, I believe he researched the public-facing company (e.g. Google LLC) assigned **Attacking IP #1** to determine whether this specific IP address could be attributable to QUAISAR.

25.     Accordingly, there is probable cause to believe that, on October 10, 2024, and January 31, 2025, QUAISAR gained access to 1Kosmos computer systems and deleted critical infrastructure components for 1Kosmos' platform without authorization, resulting in losses over $5,000.

## CONCLUSION

26.     Based upon the aforementioned information, I submit that there is probable cause to believe that on October 10, 2024, in the Northern District of California, Zaid QUAISAR,

---

[7] GitHub is a proprietary developer platform that allows software developers to create, store, manage, and share their code.

[8] Semgrep is a fast, open-source, static analysis tool available on GitHub that searches for code, finds bugs, and enforces secure guardrails and coding standards. Semgrep code supports 30+ languages, including YAML.

[9] IP WhoIsLookup Tool is a free online tool that allows people to find details about a specific IP address, such as, where it comes from, who owns it, and essential network information.

violated Title 18, United States Code, Section 1030(a)(5)(A) and (b)(4)(B)(i).

I declare under penalty to perjury that the statements above are true and correct to the best of my knowledge and belief.

/s/ Glenn Hotema
Glenn Hotema
Special Agent
Federal Bureau of Investigation

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 19th day of November 2025.  This application and warrant are to be filed under seal.

_____
Hon. Kandis A. Westmore
United States Magistrate Judge