JULIA JAYNE (State Bar No. 202753)
Email: julia@jaynelawgroup.com
JAYNE LAW GROUP, P.C.
803 Hearst Ave.
Berkeley, CA 94710
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorney for Defendant
ZAID QUAISAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZAID QUAISAR,<br><br>Defendant. | NO. 25-mj-71401 MAG<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE AND EXTEND TIME FROM SEPTEMBER 15, 2026 TO OCTOBER 20, 2026, AND ~~[PROPOSED]~~ ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant, Zaid Quaisar, that the status conference scheduled for September 29, 2026 be continued to October 20, 2026. The parties also jointly request exclusion of time under the Speedy Trial Act and under Fed. R. Crim. P. Rule 5.1 from September 29, 2026 through October 20, 2026.

The government and defense counsel agree that good cause exists for time to be excluded under the Speedy Trial Act and Federal Rule of Procedure 5.1 so that the parties may continue to work on a possible disposition of this matter.

For this reason and as further stated above, the parties stipulate and agree that moving the hearing and excluding time until October 20, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from September 29, 2026 through October 20, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.

§ 3161(h)(7)(A), (B)(iv).

Additionally, based on the facts set forth above, and with the consent of the defendant, and taking into account the public interest in the prompt disposition of criminal cases, the parties agree that good cause exists for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). See Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

Undersigned defense counsel certify that they have obtained approval from government counsel to file this stipulation and proposed order.

DATED: September 28, 2026

/s/
EVAN MATEER
Assistant United States Attorney

DATED: September 28, 2026

/s/
JULIA M. JAYNE
Counsel for Defendant ZAID QUAISAR

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from September 29, 2026 through October 20, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from September 29, 2026 through October 20, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the Status Conference set for September 29, 2026 is continued to October 20, 2026 at 10:30 AM and that the time from September 29, 2026 through October 20, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The Court also finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act (based on the exclusions set forth above). *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

DATED: September 28, 2026

HON. THOMAS S. HIXSON
United States Magistrate Judge